UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JIMMIE YOUNGBLOOD,

    Plaintiff,

v.    Case No. 3:25-cv-1288-MMH-SJH

FLORIDA STATE PRISON, AND
FLORIDA DEPARTMENT OF
CORRECTIONS,

    Defendants.
_____

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Jimmie Youngblood, an inmate of the Florida penal system, filed a pro se document titled "Emergency Complaint" (Doc. 1) dated October 22, 2025 (mailbox rule). In the filing, he alleges the Florida State Prison "administrative staff" are holding his mail and grievances. Id. at 1. He asserts the prison is falsifying documents to suggest Youngblood is doing drugs, illegally surveilling the inmates, and paying inmates to sexually and verbally harass other inmates. Id. at 1–2. Youngblood also contends he is "having a mental health break" including violent hallucinations, and that the mental

health staff from Florida State Prison have failed to offer any mental health treatment.[1] Id. at 2–3.

Youngblood has not properly initiated a case under Federal Rule of Civil Procedure 3 ("A civil action is commenced by filing a complaint with the court."). A complaint must have "a short and plain statement of the claim showing that the pleader is entitled to relief" and "a demand for the relief sought." Fed. R. Civ. P. 8(a)(2), (3). While Youngblood titles his pleading as a complaint, he fails to provide a short and plain statement of his claim or make any demand for relief. Additionally, as Youngblood has been previously advised,[2] the Court has approved the use of a civil rights complaint form for cases filed by prisoners pursuant to 42 U.S.C. § 1983. See Local Rule 6.04(a) ("A pro se person in custody must use the standard form[.]"). Here, Youngblood has not filed a proper complaint, nor has he provided the Court with all of the information required by the civil rights complaint form.

---

[1] In light of his assertions, the Clerk of Court sent a copy of Youngblood's filing and the Second Amended Standing Order (Doc. 2) that is entered when an inmate makes a claim of suicidal intent or other imminent physical harm to the Inspector General and to the Warden of Florida State Prison.

[2] Case Nos. 3:22-cv-894-MMH-LLL, 3:23-cv-362-BJD-LLL, 3:23-cv-791-MMH-LLL, 3:23-cv-833-BJD-LLL, 3:24-cv-37-TJC-PDB, 3:24-cv-554-TJC-PDB, 3:25-cv-817-MMH-LLL, 3:25-cv-1118-MMH-SJH.

Accordingly, it is

**ORDERED:**

1. This case is **DISMISSED without prejudice.**

2. The **Clerk** shall enter judgment dismissing this case without prejudice, terminate any pending motions, and close the file.

3. The **Clerk** shall send Youngblood a civil rights complaint form. If Youngblood chooses to refile his claims, he may do so on the enclosed form. He should not put this case number on the form because the Clerk will assign a new case number upon receipt.

**DONE AND ORDERED** in Jacksonville, Florida, this 31st day of October, 2025.

*Marcia Morales Howard*
MARCIA MORALES HOWARD
United States District Judge

JaxP-12
c:
Jimmie Youngblood, #U04742